# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Chad M. Ikerd
Louisiana Appellate Project
600 Jefferson St Ste 902
Lafayette LA 70501

Robert Earl Sanders
Rapides Parish Det. Ctr.DC-111 DOC No. 322550
7400 Academy Drive
Alexandria LA 71303


**REHEARING ACTION: December 6, 2016**


**Docket Number: 16   00470-KA**

**STATE OF LOUISIANA**
**VERSUS**
**ROBERT EARL SANDERS**

**Appealed from Rapides Parish Case No. 322-524**


**BEFORE JUDGES:**

> **Hon. John D. Saunders**
> **Hon. Billy Howard Ezell**
> **Hon. D. Kent Savoie**


As counsel of record in the captioned case, you are hereby notified that the rulings on the

applications for rehearing filed by **Robert Earl Sanders** are:

> The application for rehearing on this Court's October 17, 2016
> order, which denied defendant's request to be present at oral
> argument, is hereby **DENIED.**

> The application for rehearing on this Court's November 15, 2016
> order, which denied defendant's request for correction of the
> appellate record, is herby **DENIED.**


cc: Hon. Phillip Terrell, Jr., Counsel for the Appellee
    Numa V. Metoyer, III, Counsel for the Appellee